FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0487

_____

MARKUS HENDRIK KAARMA,

     Petitioner and Appellant,

v.                                                              O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Upon consideration of Appellant's motion for an extension of time to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 8, 2021, within which to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2021